19056—Carl Decker v. State of Ohio; error to the Court of Appeals of Preble county. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 4-1-25.

### MOTION DOCKET

19278—Louis Kronenberg v. Harry A. Whale. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled. Dock. 7-20-25.

# Abstracts of Last Week's
# SUPREME COURT OPINIONS

### SYLLABI

#### No. 971

No. 19056—Carl Decker v. State of Ohio. Error to the Court of Appeals of Preble County.

770. **MISDEMEANOR—1. A person charged with misdemeanor under the Crabbe Act is permitted to defend in person or by counsel.**

2. **Such person has the right to be heard in argument through counsel upon conclusion of the evidence.**

ALLEN, J.

1. The provision of Article 1, Section 10, of the Ohio Constitution which allows an accused person in any trial in any court to appear and defend in person and with counsel, is applicable to misdemeanor trials arising un-

der the Crabbe Act for unlawful possession of intoxicating liquor.

2. Under Article 1, Section 10, of the Ohio Constitution, a defendant charged with misdemeanor has a constitutional right to be heard in argument through counsel after the evidence is concluded.

Judgment reversed.

Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur.